## J. V. N. YATES *against* LANSING.

RODMAN, in behalf of the plaintiff, suggested that the plaintiff wished to bring a writ of error on the judgment given in this cause, and moved that the defendant make up the record in four days, or that the plaintiff have leave to do it for him. He cited 2 *Johns. Rep.* 101. *Cal. Cases*, 49.

*Per Curiam.* Take your rule, that the defendant make up the record in 8 days, or that the plaintiff have leave to do it for him.

Motion granted.

*Where a judgment was given for the defendant, and the plaintiff wished to bring a writ of error, the court ordered the defendant to make up the record in eight days, or that the plaintiff have leave to do it for him.*